IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLOTTE LANGLEY | § | PLAINTIFF |
| | § | |
| v. | § | Civil Action No. 1:10cv281-HSO-JMR |
| | § | |
| BOBINGER REALTY GROUP, LLC, *doing business as* CENTURY TWENTY-ONE BOBINGER NARON & ASSOCIATES, *et al.* | § | DEFENDANTS |
| | § | |
| GLORIA N. HOLCOMB | § | COUNTER-PLAINTIFF |
| | § | |
| v. | § | |
| | § | |
| CHARLOTTE LANGLEY | § | COUNTER-DEFENDANT |

## FINAL JUDGMENT

This matter came on to be heard *sua sponte*. The Court finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this case is hereby dismissed without prejudice for lack of subject matter jurisdiction.

**SO ORDERED AND ADJUDGED**, this the 13th day of January, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE